886 A.2d 1054

IN THE MATTER OF JOHN A. TUNNEY, AN ATTORNEY AT LAW (ATTORNEY NO. 044251987).

December 8, 2005.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05–290, concluding that **JOHN A. TUNNEY** of **WOODBRIDGE**, who was admitted to the bar of this State in 1988, and who thereafter was suspended from the practice of law

for a period of six months, effective October 29, 2004, by Order of the Court filed on October 1, 2004, should be suspended from practice for a concurrent period of six months for conduct in violation of *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate with client) and *RPC* 1.16(a)(2) (failure to withdraw from representation when physical or mental condition materially impairs lawyer's ability to represent client);

And good cause appearing;

It is ORDERED that **JOHN A. TUNNEY** be suspended from the practice law for a period of six months, effective October 29, 2004, and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.